## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,
v.                                          Case No.: 1:18−cr−00172−JJM−PAS

Antonio Rivera
Defendant.

## ORDER OF COURT

      The financial inability of the defendant to retain counsel having been determined by the Court, it is hereby ordered that pursuant to the guidlines of the Criminal Justice Act (CJA) 18 U.S.C. § 3006A, an attorney from the Court's CJA Panel be appointed to represent the above−named defendant in this case until further order of the Court. The Clerk shall enter counsel's appearance. A notice of appearance need not be filed.

      <u>It is so ordered</u>.

December 19, 2018                           By the Court:

                                                         /s/ Patricia A. Sullivan
                                                         United States Magistrate Judge



# UNITED STATES DISTRICT COURT
*DISTRICT OF RHODE ISLAND*

Dear Counsel:

    Thank you for accepting an appointment under the Criminal Justice Act. Your appearance has been entered on behalf of the defendant. If you have not applied for a separate PACER account that provides fee exempt status for CJA related work related to this appointment, you should contact the PACER Service Center at 800−676−6856 to acquire one.

    The United States District Court for the District of Rhode Island uses an electronic submission and payment system called eVoucher to process vouchers under the Criminal Justice Act (CJA). The court's website at www.rid.uscourts.gov contains many important forms, training materials and instructions as well as links to the Federal Rules of Criminal Procedure and District of Rhode Island Local Rules.

    Please visit the website and review the CJA Resources section for CJA eVoucher instructions, important announcements and links to helpful sites, including the court's CJA Plan. Please note, a CJA 20 voucher must be submitted no later than 45 day after the final disposition of the case.

    Please refer to the CJA Form 20 Instructions for directions on how to create a voucher, and to the additional resourced below:

        Frequently Asked Questions

        Notice to Counsel and *Pro Se* Litigations

        Notice of Electronic Availability of Case Information

    Your service as an appointed attorney under the Criminal Justice Act is appreciated.

December 19, 2018

Sincerely,
/s/ Hanorah Tyer−Witek, Clerk of Court